1  Audrey A. Millemann, State Bar No. 124954
   weintraub genshlea chediak sproul
2  a law corporation
   400 Capitol Mall, 11th Floor
3  Sacramento, CA  95814
   (916) 558-6000 – Main
4  (916) 446-1611 – Facsimile

5  Robert C. Ryan
   Ryan A. Heck
6  Klarquist Sparkman, LLP
   800 South Meadows Parkway, Suite 700
7  Reno, Nevada   89521
   (775) 824-0104 – Telephone
8  (775) 824-0107 – Facsimile

9  Attorneys for plaintiff NVision, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVISION, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UTSTARCOM, INC., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:05-CV-00520-LKK-DAD<br><br>ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS AND FOR CONTINUANCE OF STATUS CONFERENCE |

The Court has reviewed plaintiff's ex parte application for an order extending the time for service of process and continuing the Status (Pretrial Scheduling) Conference and, good cause appearing therefor, plaintiff's ex parte application is hereby granted.

/ / /

The time required for plaintiff to complete service of process on defendant is CONTINUED by 45 days.

The Status (Pretrial Scheduling) Conference is CONTINUED to July 25, 2005 at 2:30 p.m.  Plaintiff shall serve a copy of this order with service of process.  Status report shall be filed not later than ten (10) days preceding the Status (Pretrial Scheduling) Conference.

Dated: April 29, 2005

/s/Lawrence K. Karlton
The Honorable Lawrence K. Karlton
Judge, United States District Court